FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2018

CLERK
U.S. DISTRICT COURT
MIDDLE DIST OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:18cr109-MHT |
| | ) | [18 USC 922(u); |
| ANTONIO OSCAR TATUM | ) | 18 USC 922(g)(1)] |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

### COUNT 1
(Theft of a Firearm from a Federal Firearms Licensee)

On or about June 20, 2017, in Montgomery County, within the Middle District of Alabama, the defendant,

ANTONIO OSCAR TATUM,

did steal and unlawfully take and carry away from a person and the premises of a person who is licensed to engage in the business of importing, manufacturing and dealing in firearms, to-wit: The Gun Shoppe (Federal Firearms License Number 1-63-101-01-9A-02308), 2766 Bell Road, Unit A Montgomery, Montgomery, AL, 36117, firearms in the licensee's business inventory, to wit:

1. a Ruger, model AR 556, 5.56 caliber rifle

2. a Ruger, model AR556, 5.56 caliber rifle

3. a Rock Creek Gun Service, model RC15, multi-caliber rifle

4. a Smith & Wesson, model M&P 15AR, 5.56 caliber rifle

firearms that had been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(u).

## COUNT 2
(Possession of a Firearm by a Convicted Felon)

From on or about June 20, 2017, and continuing, in Montgomery County, within the Middle District of Alabama, the defendant,

ANTONIO OSCAR TATUM,

having been previously convicted in a court of crimes punishable by imprisonment for a term in excess of one year, did knowingly possess a firearm, in and affecting interstate and foreign commerce, that is: a Ruger, model AR556; a Ruger, model AR556; a Rock Creek Gun Service, model RC15; and, a Smith & Wesson, model M&P 15 AR, better descriptions of which are unknown, in violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL:

*/s/ Linda A. Gill*
Foreperson

*/s/ Louis V. Franklin, Sr.*
LOUIS V. FRANKLIN, SR.
UNITED STATES ATTORNEY

*/s/ Susan R. Redmond*
Susan R. Redmond
Assistant United States Attorney

2