IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr109-MHT |
| | ) | (WO) |
| ANTONIO OSCAR TATUM | ) | |

It is ORDERED that defendant Antonio Oscar Tatum's motion for sentence reduction (Doc. 203) and motion for reduction in term of imprisonment (Doc. 204) are denied without prejudice.  The proposed 2023 changes to the United States Sentencing Guidelines upon which defendant Tatum relies have not yet gone into effect. If they are not countermanded by Congress, they will go into effect on November 1, 2023.

DONE, this the 14th day of September, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE