IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr109-MHT |
| | ) | (WO) |
| ANTONIO OSCAR TATUM | ) | |

ORDER

Based upon the representations made at the in-person, on-the-record status hearing today, and because the record shows that emergency, interim relief is warranted to prevent likely imminent abuse and to prevent defendant Antonio Oscar Tatum from contacting witnesses at the planned hearing, it is ORDERED that:

(1) Defendant Antonio Oscar Tatum is to have no contact with Cindy Davis, Johnny Davis, Mamie Davis, or any Goodwill employees employed at the Frank M. Johnson, Jr. United States Courthouse Complex until the evidentiary hearing set below.

(2) An in-person, on-the-record evidentiary hearing is set on July 24, 2025, at 9:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson, Jr. United States

Courthouse Complex, One Church Street, Montgomery, Alabama, to determine whether a new condition of supervised release should be imposed restricting the defendant's contact with Cindy Davis, Johnny Davis, Mamie Davis, or any Goodwill employees employed at the Frank M. Johnson, Jr. United States Courthouse Complex.

(3) Defendant Tatum is required to attend the hearing.

DONE, this the 17th day of July, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE