IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
    v.                      )       2:18cr109-MHT
                            )            (WO)
ANTONIO OSCAR TATUM         )
```

ORDER

As defendant Antonio Oscar Tatum has completed his term of incarceration, it is ORDERED that all pending motions are denied as moot, because all are related to his request for a reduction in, or change to, his incarceration sentence.

DONE, this the 17th day of July, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE