IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:18cr109-MHT
                            )            (WO)
ANTONIO OSCAR TATUM         )
```

## ORDER

Due to a scheduling conflict, it is ORDERED that the in-person, on-the-record evidentiary hearing to determine whether a new condition of supervised release should be imposed on defendant Antonio Oscar Tatum, which is currently set at 9:00 a.m. on July 24, 2025, is reset at 1:30 p.m. on the same date, in Courtroom 2FMJ of the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. As stated previously, defendant Tatum is required to attend the hearing.

DONE, this the 17th day of July, 2025.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**