IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA     )
                             )     CRIMINAL ACTION NO.
     v.                      )        2:18cr109-MHT
                             )            (WO)
ANTONIO OSCAR TATUM          )
```

ORDER

This case is now before the court on defendant Antonio Oscar Tatum's motion to reopen the modification hearing (Doc. 229).  In the motion, Tatum requests that the hearing be reopened so he can testify.  During an on-the-record hearing on the motion on August 14, 2025, defense counsel added to the motion a request to call C.D. as a witness.

This court held an evidentiary hearing on July 24, 2025, to discuss a proposed modification to Tatum's conditions of supervised release.  At the hearing, he was given an opportunity to call witnesses and to testify.  He waived his right to both.  Tatum does not present new evidence or new witnesses that were unknown to him at the time of the initial evidentiary hearing.

Therefore, the motion will be denied.

Accordingly, based upon the arguments of the parties in the motion and at the hearing on the motion on August 14, 2025, it is ORDERED that defendant Antonio Oscar Tatum's motion to reopen the modification hearing (Doc. 229) is denied.

DONE, this the 14th day of August, 2025.

 /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE
