**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:18cr109-MHT** |
| | ) | **(WO)** |
| **ANTONIO OSCAR TATUM** | ) | |

**ORDER**

Upon consideration of defendant Antonio Oscar Tatum's motion to disclose the contents of attorney Tamika Miller's case report (Doc. 230), it is ORDERED that the motion is granted. Defense counsel may disclose the report or its contents to the defendant. Given that the report is a public record, the defendant has a right to view it. Also, the court notes that any additional evidence provided in the report (Doc. 227) that was not presented in the evidentiary hearing on July 24, 2025, will not be considered by the court in its decision as to whether to modify the defendant's conditions of supervised release.

DONE, this the 14th day of August, 2025.

                                        **/s/ Myron H. Thompson**
                                 **UNITED STATES DISTRICT JUDGE**