IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )    CRIMINAL ACTION NO.
     v.                       )       2:18cr109-MHT
                              )          (WO)
ANTONIO OSCAR TATUM           )
```

REVISED ORDER

This case is now before the court on defendant Antonio Oscar Tatum's motion to reopen the modification hearing (Doc. 229). In the motion, Tatum requests that the hearing be reopened so he can testify. During an on-the-record hearing on the motion on August 14, 2025, defense counsel added to the motion a request to call C.D. as a witness.

This court held an evidentiary hearing on July 24, 2025, to discuss a proposed modification to Tatum's conditions of supervised release. At the hearing, he was given an opportunity to call witnesses and to testify. Tatum waived his right to both.* Tatum does

_____

* The court is convinced that his waiver, which was counseled, was knowing and voluntary. In response to a

not present new evidence or new witnesses that were
unknown to him at the time of the initial evidentiary
hearing. Therefore, the motion will be denied. *See
e.g., Neuman v. Rivers*, 125 F.3d 315, 317 (6th Cir.
1997) (upholding a district court's decision to deny a
motion to reopen a hearing when the defendant waived
his right to testify); *see also United States v.
Medina*, 430 F.3d 869 (7th Cir. 2005); *United States v.
Orozco*, 764 F.3d 997, 1001-02 (9th Cir. 2014).

Accordingly, based upon the arguments of the
parties in the motion and at the hearing on the motion
on August 14, 2025, it is ORDERED that defendant
Antonio Oscar Tatum's motion to reopen the modification

---

direct question from the court, Tatum himself stated,
"No, I don't want to take the stand, Your Honor, if I
don't got to." Then later, when the government
permitted a brief statement without cross-examination,
Tatum stated: "Yeah, a brief statement. Your Honor, I
love Cindy, and I still want to be with her. And
that's it. You know what I'm saying. I ain't trying,
you know what I'm saying, do nothing to jeopardize the
court or security or nothing like that, you know what
I'm saying." Then his attorney stated: "That's it,
Your Honor. We rest."

hearing (Doc. 229) is denied.

DONE, this the 14th day of August, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE