**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:18cr109-MHT |
| | ) | (WO) |
| ANTONIO OSCAR TATUM | ) | |

**ORDER**

On August 25, 2025, this court set a status conference for today, August 20, 2026, at 9:00 a.m., to discuss defendant Antonio Oscar Tatum's performance on supervised release and whether the no-contact condition that the court imposed on defendant Tatum is still necessary. *See* Opinion and Order (Doc. 238) at 19. However, the status conference did not occur because it somehow was removed from the court's calendar without any intent from the court to do so. The court notes that defendant Tatum is in state custody currently. Therefore, the court will reset the conference and order that Tatum be brought into federal custody so that he can appear at the conference.

Accordingly, it is ORDERED that:

(1) An in-person, on-the-record status conference

to discuss defendant Antonio Oscar Tatum's performance on supervised release and whether the no-contact condition is still necessary is reset for September 10, 2026, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

(2) Defendant Antonio Oscar Tatum shall be brought into federal custody to attend the hearing. The government shall take all necessary steps to ensure that defendant Tatum is brought to the hearing.

(3) Five business days prior to the status conference, the probation office and defense counsel shall each file a report on defendant Tatum's compliance with the conditions of supervision, including but not limited to the no-contact condition, and in the report shall address whether the no-contact condition is still necessary.

DONE, this the 20th day of August, 2026.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE